UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
REGINAL SINGLETON,

                    Petitioner,

  -against-

GEORGE DUNCAN, Superintendent,
Great Meadow Correctional Facility,

                    Respondent.
-------------------------------------------------------------------X

JUDGMENT
03-CV- 0561 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 10, 2006, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claims; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of the petitioner's claims.

Dated: Brooklyn, New York
       January 10, 2006

                                                           ROBERT C. HEINEMANN
                                                           Clerk of Court